UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ericka Andrea Monique Johnson**　　　　　　　　　　　　**Docket No. 4:16-CR-37-2H**

### Petition for Action on Supervised Release

COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ericka Andrea Monique Johnson, who, upon an earlier plea of guilty to 18 U.S.C. §§ 1344(1) and (2) and 18 U.S.C. §2, Bank Fraud and Aiding and Abetting; and 18 U.S.C. § 1029(a)(2) and 18 U.S.C. § 2, Access Device Fraud and Aiding and Abetting. , was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on April 11, 2017, to the custody of the Bureau of Prisons for a term of 14 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Ericka Andrea Monique Johnson was released from custody on December 14, 2017, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant began her term of supervised release in the Western District of North Carolina on 12/14/2017. Since that time her adjustment to supervision has been steadily declining with several instances of non-compliance. The defendant began producing positive urinalyses for cocaine in May, however denied directly using any illicit controlled substances. She attributed the positive results from associating with other cocaine users, and while addressing a later test even questioned whether cocaine could be transmitted through sex. The defendant recently admitted she is having an issue with cocaine use and was open to treatment services. She was also enrolled in the district's Enhanced Reporting Program as a transitional support service. This was to serve as a controlling strategy to her non-compliance while also addressing her peer relationships as a correctional strategy. She recently missed an appointment on 7/11/18 and reported she did not have transportation while at a friend's apartment.

Additionally, while admitting to associating with known drug users, her employment prospects have been inconsistent, and she recently left her retail job. She reports having an opportunity to work at McDonalds Restaurant in this district, however this has yet to be verified. Because of her under employment, she has yet to make any payments toward her restitution. Due to these events, this officer is respectfully requesting the below condition be added to her supervision as an enhanced controlling strategy to deter future non-compliance. In the meantime, the defendant will participate in Substance Abuse Intensive Outpatient Treatment (SAIOP) at the Mcleod Addictive Disease Center in Charlotte, NC.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

### PRAYING THAT THE COURT WILL ORDER that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 90 consecutive days. The defendant shall be restricted to their residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Ericka Andrea Monique Johnson
Docket No. 4:16-CR-37-2H
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ Mark Culp<br>Mark Culp<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2543<br>Executed On: July 19, 2018 |

### ORDER OF THE COURT

Considered and ordered this 23rd day of July 2018, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge